UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No: 1:11-cr-188

v                 HON. JANET T. NEFF

DONNEL DESHAWN McCLAIN,

   Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  The Court has reviewed the Report and Recommendation filed September 22, 2011 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

  THEREFORE, IT IS ORDERED that:

  1. The Report and Recommendation of the Magistrate Judge (Dkt 54) is approved and adopted as the opinion of the Court.

  2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Superseding Felony Information.

  3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  October 11, 2011      /s/Janet T. Neff
                JANET T. NEFF
                UNITED STATES DISTRICT JUDGE